No. 05–6205.  ROSENDARY v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 05–6206.  CASTILLO-MARTINEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–6207.  CHAPPELL v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 05–6208.  ESSICK v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–6209.  ESPINOZA-GAMEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–6210.  CARDENAS-TAPIA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–6211.  CASTILLO-RESENDEZ v. UNITED STATES; AR-NULFO AYESTA v. UNITED STATES; LEDESMA-SANCHEZ v. UNITED STATES; VALDEZ-JAIMES v. UNITED STATES; MACHADO-BERNAL v. UNITED STATES; and ORTA-GOMEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–6212.  DELONG v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 05–6213.  CURTIS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–6214.  COYNE v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 05–6215.  JOHNSON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 05–6217.  SILER v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–6221.  BRAY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–6222.  NIEVES-BOGADO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.